UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: CHERYL LOUISE SHERMAN,　　　　　　　　　No. 18-10752-j7

Debtor.

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR THE ABANDONMENT OF PROPERTY BY WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE AND VACATING FINAL HEARING

The Court held a status conference on the Motion for Relief from the Automatic Stay and for the Abandonment of Property by Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage ("Motion for Relief from Stay" – Docket No. 75) on January 24, 2019. Andrew Yarrington appeared at the status conference by telephone on behalf of the creditor and Cheryl Sherman appeared at the status conference by telephone.

Based on the parties' stipulation on the record at the status conference,

IT IS HEREBY ORDERED that the Motion for Relief from Stay is DENIED, without prejudice.

ORDERED FURTHER, that the final hearing on the Motion for Relief from Stay scheduled for January 25, 2019 at 9:30 a.m. is VACATED.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: January 24, 2019

COPY TO:

Cheryl Louise Sherman
2109 Stanford Drive SE
Albuquerque, NM 87106

Andrew Paul Yarrington
Attorney for creditor
Rose L. Brand & Associates, PC
7430 Washington Street NE
Albuquerque, NM 87109